MICHAEL A. LICARI (SBN: 265241)
DANIEL I. HALIMI (SBN: 302872)
**D'EGIDIO LICARI TOWNSEND & SHAH, APC**
Attorneys at Law
7801 Mission Center Ct., Suite 240
San Diego, CA  92108p
Telephone: (619) 550-3011
Facsimile: (877) 888-6304

Attorneys for Defendants Weathervane Productions Inc.,
Forrest Capital Partners, Inc., Jason Van Eman, and Benjamin
McConley

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 818 MEDIA PRODUCTIONS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a national association; WELLS FARGO ADVISORS, LLC, a Delaware limited liability company; BENJAMIN RAFAEL, an individual; HERNAN BERMUDEZ, an individual; WEATHERVANE PRODUCTIONS, INC., an Nevada Corporation; JASON VAN EMAN, an individual; FOREST CAPITAL PARTNERS, INC., a Florida Corporation; BENJAMIN MCCONLEY, an individual; and Does 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2-16-cv-09427-PSG (PLAx)<br><br>**DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Defendants Weathervane Productions Inc. ("WVP"), Jason Van Eman ("Jason"), Forrest Capital Partners, Inc. ("FCP"), and Benjamin McConley ("Benjamin") (collectively, "Defendants") answer the Complaint of Plaintiff 818 Media Production, LLC ("818") as follows:

///

D'EGIDIO LICARI
TOWNSEND & SHAH,
APC
ATTORNEYS AT LAW
SAN DIEGO

1

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

1. Answering Paragraph 1, Defendants admit to jurisdiction.

2. Answering Paragraph 2, Defendants admit to jurisdiction.

3. Answering Paragraph 3, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

4. Answering Paragraph 4, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

5. Answering Paragraph 5, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

6. Answering Paragraph 6, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

7. Answering Paragraph 7, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

8. Answering Paragraph 8, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

9. Answering Paragraph 9, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and

D'EGIDIO LICARI
TOWNSEND & SHAH,
APC
ATTORNEYS AT LAW
SAN DIEGO

2
DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

on that basis, deny, generally and specifically, each and every allegation contained therein.

10. Answering Paragraph 10, Defendant WVP admits those allegations.

11. Answering Paragraph 11, Defendant Jason admits those allegations.

12. Answering Paragraph 12, Defendant FCP admits those allegations.

13. Answering Paragraph 13, Defendant Benjamin admits those allegations.

14. Answering Paragraph 14, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

15. Answering Paragraph 15, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

16. Answering Paragraph 16, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

17. Answering Paragraph 17, Defendant Jason denies those allegations.

18. Answering Paragraph 18, Defendants deny those allegations.

19. Answering Paragraph 19, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

20. Answering Paragraph 20, Defendants admit Plaintiff entered into a written financing agreement with FCP and WVP dated May 14, 2015. Defendants deny the remaining allegations contained in Paragraph 20.

21. Answering Paragraph 21, Defendants admits those allegations.

D'EGIDIO LICARI
TOWNSEND & SHAH,
APC
ATTORNEYS AT LAW
SAN DIEGO

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

22. Answering Paragraph 22, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

23. Answering Paragraph 23, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

24. Answering Paragraph 24, Defendant Jason admits those allegations.

25. Answering Paragraph 25, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

26. Answering Paragraph 26, Defendants deny those allegations.

27. Answering Paragraph 27, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

28. Answering Paragraph 28, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

29. Answering Paragraph 29, Defendants admit those allegations.

30. Answering Paragraph 30, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

31. Answering Paragraph 31, Defendants are without knowledge or information

D'ECIDIO LICARI
TOWNSEND & SHAH,
APC
ATTORNEYS AT LAW
SAN DIEGO

4

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

1  sufficient to form a belief as to the truth of the allegations contained therein, and

2  on that basis, deny, generally and specifically, each and every allegation

3  contained therein.

4  32. Answering Paragraph 32, Defendants admit those allegations.

5  33. Answering Paragraph 33, Defendants deny those allegations.

6  34. Answering Paragraph 34, Defendants admit there have been past lawsuits

7  initiated against Defendants. Defendants deny the remaining allegations in

8  Paragraph 34.

9  35. Answering Paragraph 35, Defendants admit WFA was involved in funding loans

10  for projects involved in previous lawsuits. Defendants are without knowledge or

11  information sufficient to form a belief as to the truth of the remaining allegations

12  contained therein, and on that basis, deny, generally and specifically, those

13  allegations.

14  36. Answering Paragraph 36, Defendants are without knowledge or information

15  sufficient to form a belief as to the truth of the allegations contained therein, and

16  on that basis, deny, generally and specifically, each and every allegation

17  contained therein.

18  **RESPONSE TO THE FIRST CAUSE OF ACTION**

19  37. Defendants incorporate Defendants' responses to Paragraph 1 through 36 of the

20  First Amended Complaint, above.

21  38. Answering Paragraph 38, Defendants deny those allegations.

22  39. Answering Paragraph 39, Defendants are without knowledge or information

23  sufficient to form a belief as to the truth of the allegations contained therein, and

24  on that basis, deny, generally and specifically, each and every allegation

25  contained therein.

26  40. Answering Paragraph 40, Defendants deny those allegations.

27  41. Answering Paragraph 41, Defendants deny those allegations.

28  42. Answering Paragraph 42, Defendants are without knowledge or information

D'EGIDIO LICARI
TOWNSEND & SHAH,
APC
ATTORNEYS AT LAW
SAN DIEGO

5
DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

1  sufficient to form a belief as to the truth of the allegations contained therein, and

2  on that basis, deny, generally and specifically, each and every allegation

3  contained therein.

4  43. Answering Paragraph 43, Defendants are without knowledge or information

5  sufficient to form a belief as to the truth of the allegations contained therein, and

6  on that basis, deny, generally and specifically, each and every allegation

7  contained therein.

8  44. Answering Paragraph 44, Defendants deny those allegations.

9  45. Answering Paragraph 45, Defendants deny those allegations.

10  **RESPONSE TO THE SECOND CAUSE OF ACTION**

11  46. Defendants incorporate Defendants' responses to Paragraph 1 through 45 of the

12  First Amended Complaint, above.

13  47. Answering Paragraph 47, Defendants are without knowledge or information

14  sufficient to form a belief as to the truth of the allegations contained therein, and

15  on that basis, deny, generally and specifically, each and every allegation

16  contained therein.

17  48. Answering Paragraph 48, Defendants are without knowledge or information

18  sufficient to form a belief as to the truth of the allegations contained therein, and

19  on that basis, deny, generally and specifically, each and every allegation

20  contained therein.

21  49. Answering Paragraph 49, Defendants are without knowledge or information

22  sufficient to form a belief as to the truth of the allegations contained therein, and

23  on that basis, deny, generally and specifically, each and every allegation

24  contained therein.

25  50. Answering Paragraph 50, Defendants are without knowledge or information

26  sufficient to form a belief as to the truth of the allegations contained therein, and

27  on that basis, deny, generally and specifically, each and every allegation

28  contained therein.

D'EGIDIO LICARI
TOWNSEND & SHAH,
APC
ATTORNEYS AT LAW
SAN DIEGO

6

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

51. Answering Paragraph 51, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

52. Answering Paragraph 52, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

53. Answering Paragraph 53, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

54. Answering Paragraph 54, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

55. Answering Paragraph 55, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

56. Answering Paragraph 56, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

57. Answering Paragraph 57, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

58. Answering Paragraph 58, Defendants admit there have been past lawsuits initiated against Defendants. Defendants deny the remaining allegations in Paragraph 58.

59. Answering Paragraph 59, Defendants admit WFA was involved in funding loans for projects involved in previous lawsuits. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein, and on that basis, deny, generally and specifically, those allegations.

60. Answering Paragraph 60, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

61. Answering Paragraph 61, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

62. Answering Paragraph 62, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

63. Answering Paragraph 63, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

64. Answering Paragraph 64, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

D'EGIDIO LICARI,
TOWNSEND & SHAH,
APC
ATTORNEYS AT LAW
SAN DIEGO

8

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

65. Answering Paragraph 65, Defendants deny those allegations as they pertain to these answering Defendants.

66. Answering Paragraph 66, Defendants deny those allegations as they pertain to these answering Defendants.

67. Answering Paragraph 67, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

68. Answering Paragraph 68, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

69. Answering Paragraph 69, Defendants deny those allegations.

70. Answering Paragraph 70, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

## RESPONSE TO THE THIRD CAUSE OF ACTION

71. Defendants incorporate Defendants' responses to Paragraph 1 through 70 of the First Amended Complaint, above.

72. Answering Paragraph 72, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

73. Answering Paragraph 73, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

D'EGIDIO LICARI
TOWNSEND & SHAH,
APC
ATTORNEYS AT LAW
SAN DIEGO

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

74. Answering Paragraph 74, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

75. Answering Paragraph 75, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

76. Answering Paragraph 76, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

77. Answering Paragraph 77, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

78. Answering Paragraph 78, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

79. Answering Paragraph 79, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

80. Answering Paragraph 80, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

D'EGIDIO LICARI
TOWNSEND & SHAH,
APC
ATTORNEYS AT LAW
SAN DIEGO

10
DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

81. Answering Paragraph 81, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

82. Answering Paragraph 82, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

83. Answering Paragraph 83, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

84. Answering Paragraph 84, Defendants admit there have been past lawsuits initiated against Defendants. Defendants deny the remaining allegations in Paragraph 34.

85. Answering Paragraph 85, Defendants admit WFA was involved in funding loans for projects involved in previous lawsuits. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein, and on that basis, deny, generally and specifically, those allegations.

86. Answering Paragraph 86, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

87. Answering Paragraph 87, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

D'EGIDIO LICARI
TOWNSEND & SHAH,
APC
ATTORNEYS AT LAW
SAN DIEGO

11
DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

88. Answering Paragraph 89, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

89. Answering Paragraph 89, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

90. Answering Paragraph 90, Defendants deny those allegations as they pertain to these answering Defendants.

91. Answering Paragraph 91, Defendants deny those allegations as they pertain to these answering Defendants.

92. Answering Paragraph 92, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

93. Answering Paragraph 93, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

94. Answering Paragraph 94, Defendants deny those allegations.

95. Answering Paragraph 95, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

///

///

///

D'EGIDIO LICARI
TOWNSEND & SHAH,
APC
ATTORNEYS AT LAW
SAN DIEGO

12
DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

**RESPONSE TO THE FOURTH CAUSE OF ACTION**

96. Defendants incorporate Defendants' responses to Paragraph 1 through 95 of the First Amended Complaint, above.

97. Answering Paragraph 97, Defendants deny those allegations.

98. Answering Paragraph 98, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

99. Answering Paragraph 99, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

100.    Answering Paragraph 100, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

101.    Answering Paragraph 101, Defendants deny those allegations.

102.    Answering Paragraph 102, Defendants deny those allegations.

103.    Answering Paragraph 103, Defendants deny those allegations.

**RESPONSE TO THE FIFTH CAUSE OF ACTION**

104.    Defendants incorporate Defendants' responses to Paragraph 1 through 103 of the First Amended Complaint, above.

105.    Answering Paragraph 105, Defendants deny those allegations.

106.    Answering Paragraph 106, Defendants deny those allegations.

**RESPONSE TO THE SIXTH CAUSE OF ACTION**

107.    Defendants incorporate Defendants' responses to Paragraph 1 through 106 of the First Amended Complaint, above.

108.    Answering Paragraph 108, Defendants admit Plaintiff entered into the written

D'EGIDIO LICARI
TOWNSEND & SHAH,
APC
ATTORNEYS AT LAW
SAN DIEGO

13

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

financing agreement, but deny that Plaintiff performed all duties and conditions of that agreement.

109. Answering Paragraph 109, Defendants deny those allegations.

110. Answering Paragraph 110, Defendants deny those allegations.

## RESPONSE TO THE SEVENTH CAUSE OF ACTION

111. Defendants incorporate Defendants' responses to Paragraph 1 through 110 of the First Amended Complaint, above.

112. Answering Paragraph 112, Defendants admit those allegations.

113. Answering Paragraph 113, Defendants deny those allegations.

114. Answering Paragraph 114, Defendants deny those allegations.

115. Answering Paragraph 115, Defendants deny those allegations.

## RESPONSE TO THE EIGHTH CAUSE OF ACTION

116. Defendants incorporate Defendants' responses to Paragraph 1 through 115 of the First Amended Complaint, above.

117. Answering Paragraph 112, Defendants admit those allegations.

118. Answering Paragraph 118, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

119. Answering Paragraph 119, Defendants deny those allegations as they apply to these answering Defendants.

120. Answering Paragraph 120, there are no charging allegations against these answering Defendants. Defendants, therefore, Defendants neither admit nor deny the allegations therein.

121. Answering Paragraph 121, Defendants deny those allegations as they apply to these answering Defendants.

122. Answering Paragraph 122, Defendants deny those allegations as they apply to these answering Defendants.

D'EGIDIO LICARI
TOWNSEND & SHAH,
APC
ATTORNEYS AT LAW
SAN DIEGO

14
DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

123.   Answering Paragraph 123, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

124.   Answering Paragraph 124, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

125.   Answering Paragraph 125, Defendants deny those allegations as they apply to these answering Defendants.

126.   Answering Paragraph 126, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and on that basis, deny, generally and specifically, each and every allegation contained therein.

127.   Answering Paragraph 127, Defendants deny those allegations as they apply to these answering Defendants.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Cause of Action)

Plaintiff's claims are barred, in whole or in part, because Plaintiff fails to state sufficient facts to constitute a legal cause of action upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Indispensable Parties)

Plaintiff's claims are barred, in whole or in part, because Plaintiff failed to

D'EGIDIO LICARI
TOWNSEND & SHAH,
APC
ATTORNEYS AT LAW
SAN DIEGO

15
DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

1 | join one or more indispensable parties.

## THIRD AFFIRMATIVE DEFENSE

### (Statute of Limitations)

Plaintiff's claims are barred, in whole or in part, by the applicable statutes of limitations.

## FOURTH AFFIRMATIVE DEFENSE

### (Speculative Damages)

Plaintiff's claims are barred, in whole or in part, because Plaintiff's alleged damages, if any, are speculative and uncertain.

## FIFTH AFFIRMATIVE DEFENSE

### (Performance Excused)

Plaintiff's claims are barred, in whole or in part, because Defendants' obligations under any alleged agreement has been excused by the acts and omissions of the Plaintiff or Plaintiff's agents.

## SIXTH AFFIRMATIVE DEFENSE

### (Impossibility or Impracticability)

Plaintiff's claims are barred, in whole or in part, because Defendants' alleged duties as claimed in the Complaint, if any so existed, have been excused by the doctrine of impossibility in that the performance of said obligation is and has been rendered impossible and/or commercially impracticable.

## SEVENTH AFFIRMATIVE DEFENSE

### (Frustration of Purpose)

Plaintiff's claims are barred, in whole or in part, because the purpose of any alleged agreement has been frustrated as a matter of law.

## EIGHTH AFFIRMATIVE DEFENSE

### (Waiver)

Plaintiff's claims are barred, in whole or in part, because Plaintiff has waived the right to pursue the Complaint, and each of its causes of action, by reason of

D'EGIDIO LICARI
TOWNSEND & SHAH,
APC
ATTORNEYS AT LAW
SAN DIEGO

16

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

1  Plaintiff's own actions and course of conduct.

## NINTH AFFIRMATIVE DEFENSE

### (Offset)

Plaintiff's claims are barred, in whole or in part, because Plaintiff has failed to credit Defendants' money already paid to Plaintiff.

## TENTH AFFIRMATIVE DEFENSE

### (Breach by Plaintiff)

Plaintiff's claims are barred, in whole or in part, because Plaintiff breached the contract and therefore Defendant was excused from performing under the contract.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Novation)

Plaintiff's claims are barred, in whole or in part, because the parties substituted a new and different contract for the original and therefore the alleged contract(s) cannot be enforced.

## TWELFTH AFFIRMATIVE DEFENSE

### (Negligent Misrepresentation)

Plaintiff's claims are barred, in whole or in part, because Defendants' were induced into signing at least one agreement based on reasonable reliance of a negligent misrepresentation made by the Plaintiff.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Void)

Plaintiff's claims are barred, in whole or in part, because at least one of the agreements pled in the Complaint is void.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Voidable)

Plaintiff's claims are barred, in whole or in part, because at least one of the

D'EGIDIO LICARI
TOWNSEND & SHAH,
APC
ATTORNEYS AT LAW
SAN DIEGO

17
DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

agreements pled in the Complaint is voidable.

### FIFTEENTH AFFIRMATIVE DEFENSE

### (Accord and Satisfaction)

Plaintiff's claims are barred, in whole or in part, by the doctrine of accord and satisfaction.

### SIXTEENTH AFFIRMATIVE DEFENSE

### (Acts of Another)

If a breach occurred, the acts of an individual without the authority from the Defendants caused the breach.

### EIGHTEENTH AFFIRMATIVE DEFENSE

### (Unilateral Mistake of Fact)

Plaintiff's claims are barred, in whole or in part, because Defendants were mistaken about a material fact relevant to at least one agreement contained in the Complaint and Plaintiff knew that Defendants were mistaken and used that mistake to take advantage of the Defendants.

### NINETEENTH AFFIRMATIVE DEFENSE

### (Bilateral Mistake of Fact)

Plaintiff's claims are barred, in whole or in part, because both parties were mistaken about a material fact was mistaken about a material fact relevant to at least one agreement contained in the Complaint and Defendants would not have agreed to enter into the agreement if Defendants had known about the mistake.

### TWENTIETH AFFIRMATIVE DEFENSE

### (Prevention of Performance)

Plaintiff's claims are barred, in whole or in part, because Plaintiff has prevented Defendants from performing Defendants' obligations under any agreement alleged in the Complaint.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Statute of Frauds)

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

D'EGIDIO LICARI
TOWNSEND & SHAH,
APC
ATTORNEYS AT LAW
SAN DIEGO

Plaintiff's claims are barred, in whole or in part, by the Statute of Frauds.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Anticipatory Repudiation)

Plaintiff's claims are barred, in whole or in part, by Plaintiff's anticipatory repudiation of at least one of the alleged agreements pleaded in the Complaint.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Failure of Condition Precedent)

Plaintiff's claims are barred, in whole or in part, because Defendants' performance of at least one of the agreements contained in the Complaint was dependent on the occurrence of a condition which did not occur.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Improper Notice of Breach)

Plaintiff's claims are barred, in whole or in part, because Plaintiff failed to inform Defendants of any violation of at least one agreement contained in the Complaint, thereby denying Defendants the opportunity to fix any alleged violation.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (Laches)

Plaintiff's claims are barred, in whole or in part, because Plaintiff unreasonable delayed in providing notice and in commencing and prosecution this action which caused unfair prejudice to the Defendants, barring any recovery against Defendants under the equitable doctrine of laches.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands.

### TWENTY-EIGHT AFFIRMATIVE DEFENSE

### (Economic Loss Doctrine)

Plaintiff's claims are barred, in whole or in part, by the Economic Loss

D'EGIDIO LICARI
TOWNSEND & SHAH,
APC
ATTORNEYS AT LAW
SAN DIEGO

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Doctrine.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

### (Comparative Fault)

Plaintiff's claims are barred, in whole or in part, because Plaintiff was at fault in how it conducted its affairs relative to the incident described in the Complaint. Such fault caused or contributed to the damages complained of in this case.

## THIRTIETH AFFIRMATIVE DEFENSE

### (Intervening or Supervening Cause)

Plaintiff's claims are barred, in whole or in part, because Plaintiff's damages, if any, were caused or made worse by an event that occurred after the events described in the Complaint.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

### (Assumption of the Risk)

Plaintiff's claims are barred, in whole or in part, because Plaintiff knew about the risk complained of, and voluntarily undertook the risk that led to the damages complained of in this matter.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

### (Modification)

Plaintiff's claims are barred, in whole or in part, because the parties modified at least one of the alleged agreements pled in the Complaint.

## THIRTY-THIRD AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

Plaintiff's claims are barred, in whole or in part, because Plaintiff failed to mitigate any damages alleged. Any damages awarded to Plaintiff shall be limited to the damages Plaintiff would have sustained had Plaintiff mitigated those damages.

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

### (Improper Remedy)

At least one of the remedies prayed for in the Complaint is improper, given

D'EGIDIO LICARI
TOWNSEND & SHAH,
APC
ATTORNEYS AT LAW
SAN DIEGO

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

1  the causes of action alleged.

2  **RESERVATIONS OF RIGHTS**

3      Defendants reserves the right to interpose additional defenses up to and

4  including time of trial based on additional information, discovery, and investigation

5  in this case.

6  **PRAYER FOR RELIEF**

7      Defendants Weathervane Productions Inc, Forrest Capital Partners, Inc.,

8  Jason Van Eman, and Benjamin McConley respectfully request that the Court

9  dismiss the Complaint of Plaintiff Baker Film Fund, LLC with prejudice, and that

10  the Court awards Defendants their attorney's fees, costs and such further relief as

11  the Court deems proper.

12

13  DATED: October 4, 2017   **D'EGIDIO LICARI TOWNSEND & SHAH, APC**

14

15  By:    /s/ Michael Licari

16  Michael A. Licari
    Attorney for Defendants

17

18  **CERTIFICATE OF SERVICE**

19      I hereby certify that on October 4, 2017, I electronically field the foregoing

20  document by using the Court's ECP system, thereby causing a true and correct copy

21  of the documents to be served upon sounsl of record for each party too have

22  appeared to date, as identified on the Notice of Electronic Filing.

23

24  DATED: October 4, 2017   **D'EGIDIO LICARI TOWNSEND & SHAH, APC**

25

26  By:    /s/ Michael Licari

27  Michael A. Licari
    Attorney for Defendants

28

D'EGIDIO LICARI
TOWNSEND & SHAH,
APC
ATTORNEYS AT LAW
SAN DIEGO

21
DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT