John Lewis Holcomb, Jr
Shahrokh Sheik
Tammy X Wu
**Kramer Holcomb Sheik LLP**
1925 Century Park East Suite 1180
Los Angeles, CA 90067
310-551-0600
Fax: 310-551-0601
Email: jholcomb@khslaw.com
Email: ssheik@khslaw.com
Email: twu@khslaw.com
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 818 MEDIA PRODUCTIONS, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. *et al*.<br><br>Defendants. | CASE NO. 2:16-cv-09427-PSG-PLA<br><br>*Case assigned to Hon. Philip S. Gutierrez*<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE OF SETTLEMENT**

Plaintiff hereby notifies the Court that it has reached a settlement that completely resolves its claims against Defendants Wells Fargo Bank, N.A., Wells Fargo Advisors, LLC, Benjamin Rafael, and Hernan Bermudez. Plaintiff and Defendants Wells Fargo Bank, N.A. and Wells Fargo Advisors, LLC are in the process of completing the terms of the settlement and expect to file a dismissal with prejudice as to these Defendants within fourteen (14) days.

/s/ _____
John Lewis Holcomb, Jr

91131926.1                    1

| | |
|---|---|
| 1 | |
| 2 | Shahrokh Sheik |
| | Tammy X Wu |
| 3 | **Kramer Holcomb Sheik LLP** |
| | 1925 Century Park East Suite 1180 |
| 4 | Los Angeles, CA 90067 |
| | 310-551-0600 |
| 5 | Fax: 310-551-0601 |
| 6 | Email: jholcomb@khslaw.com |
| | Email: ssheik@khslaw.com |
| 7 | Email: twu@khslaw.com |
| 8 | *Counsel for Plaintiff* |

91131926.1

2